UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                        Plaintiff,

          v.                                    22-CV-9957 (RA)

ENTERPRISE 38 LLC, d/b/a ENTERPRISE          ORDER
PARKING and MIDTOWN WEST B
L.L.C.,

                        Defendants.

---

RONNIE ABRAMS, United States District Judge:

       On April 17, 2023, Defendant Enterprise 38 LLC ("Defendant") requested an extension of time to answer the Complaint and indicated that the parties had "reached a tentative agreement in principle" and that the parties were "working to document that agreement." On May 17, 2023, Defendant answered the Complaint.

       No later than May 25, 2023, the parties shall file a joint letter on the docket updating the Court on the status of settlement discussions in this matter. In their letter, the parties shall indicate whether they seek referral to the district's court-annexed mediation program or to a magistrate judge, or, in the alternative, an initial pretrial conference with the Court.

SO ORDERED.

Dated:    May 18, 2023
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge