**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KIRAN VUPPALA,                                        CASE NO: 1:22-cv-09957-RA

      Plaintiff,

vs.

ENTERPRISE 38 LLC, a New York
limited liability company, d/b/a
ENTERPRISE PARKING, and
Midtown West B L.L.C. a New
York limited liability company,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

      COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, ENTERPRISE 38 LLC, a

New York limited liability company, d/b/a ENTERPRISE PARKING, and MIDTOWN WEST B

L.L.C., a New York limited liability company, by and through their respective undersigned

counsel, hereby notify this Honorable Court that settlement has been reached in the above styled

case among all parties. The settlement agreement has been drafted, and the parties shall file a

Stipulation of Dismissal With Prejudice thereafter.

      Dated: This 25th day of May, 2023.

By:  S/ B. Bradley Weitz                    By: /S/ Peter M. Sartorius
   B. Bradley Weitz, Esq.                      Peter M. Sartorius, Esq.
   The Weitz Law Firm, P.A.                    Olshan Frome Wolosky LLP
   Bank of America Building                    1325 Avenue of the Americas
   18305 Biscayne Blvd., Suite 214             New York, NY 10019
   Aventura, Florida 33160                     Telephone: (212) 451-2329
   Telephone: (305) 949-7777                   Facsimile: (212) 451-2222
   Facsimile: (305) 704-3877                   Email: psartorius@olshanlaw.com
   Email: bbw@weitzfirm.com                    Attorney for Enterprise 38 LLC
   Attorney for Plaintiff

By:  S/ Frank Giambalvo
     Frank Giambalvo, Esq.
     Gordon Rees Scully Mansukhani, LLP
     One Battery Park Plaza, 28th Floor
     New York, NY 10004
     Telephone: (212) 269-5500
     Facsimile: (212) 269-5505
     Email: fgiambalvo@grsm.com
     Attorneys for Midtown West B L.L.C.