UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KIRAN VUPPALA,  CASE NO: 1:22-cv-09957-RA

    Plaintiff,

vs.

ENTERPRISE 38 LLC, a New York
limited liability company, d/b/a
ENTERPRISE PARKING, and
Midtown West B L.L.C. a New
York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

    COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, ENTERPRISE 38 LLC, a New York limited liability company, d/b/a ENTERPRISE PARKING, and 505 WEST 37 LLC s/h/a MIDTOWN WEST B, LLC a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

    Dated: This 30th day of May, 2023.

By: _____  By: _____
B. Bradley Weitz, Esq.  Peter M. Sartorius, Esq.
The Weitz Law Firm, P.A.  Olshan Frome Wolosky LLP
Bank of America Building  1325 Avenue of the Americas
18305 Biscayne Blvd., Suite 214  New York, NY 10019
Aventura, Florida 33160  Telephone: (212) 451-2329
Telephone: (305) 949-7777  Facsimile: (212) 451-2222
Facsimile: (305) 704-3877  Email: psartorius@olshanlaw.com
Email: bbw@weitzfirm.com  Attorney for Enterprise 38 LLC
Attorney for Plaintiff

By: _____
    Frank Giambalvo, Esq.
    Gordon Rees Scully Mansukhani, LLP
    One Battery Park Plaza, 28th Floor
    New York, NY 10004
    Telephone: (212) 269-5500
    Facsimile: (212) 269-5505
    Email: fgiambalvo@grsm.com
    Attorneys for 505 WEST 37 LLC s/h/a MIDTOWN WEST B, L.L.C.

**SO ORDERED:**

_____
Hon. Ronnie Abrams, U.S.D.J.

Date: 5/31/2023 _____